BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSAN ZAMAN KHAN, | ) |
| | ) Case No.: 2:13-cv-1376 MCE DAD |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Extension** |
| v. | ) **of Time** |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties stipulate that the government be given an extension of 60 days in which to respond to the Complaint, until February 3, 2014. The parties as well that the time for filing the joint status report be similarly extended.

Dated: November 26, 2013         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant U.S. Attorney

DATED: November 26, 2013            Respectfully submitted,
                                    /s/ Sarah Castello
                                    Sarah Castello
                                    Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to the above stipulation, the time for filing a responsive pleading and the joint status report is extended to February 3, 2014.

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT