BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSAN ZAMAN KHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:13-cv-1376 MCE DAD <br><br> **Joint Stipulation and Order re: Second Extension of Time** |

The parties stipulate that the government be given an additional extension of 60 days in which to respond to the Complaint, until April 3, 2014.  The parties as well that the time for filing the joint status report be similarly extended.  The reason for the extension is to explore the possibility of resolution of the matter at the agency level.

Dated: January 29, 2014            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Audrey B. Hemesath
                                   AUDREY B. HEMESATH
                                   Assistant U.S. Attorney

1

1
2  DATED: January 29, 2014                Respectfully submitted,
3                                         /s/ Sarah Castello
                                          Sarah Castello
4                                         Attorney for the Plaintiff

5                                  ORDER

6     Pursuant to the above stipulation, the time for filing a responsive pleading and the joint
7  status report is extended to April 3, 2014.
8  **Dated:  February 4, 2014**
9
10  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
11  UNITED STATES DISTRICT COURT